**Order entered December 10, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01193-CV

## IN THE ESTATE OF DEMPSEY JOHNSON, DECEASED

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 17P-184-2**

## ORDER

Before the Court is appellant's December 7, 2018 first motion to extend time to file brief.

We **GRANT** the motion and **ORDER** the brief be filed no later than December 14, 2018.

/s/     DAVID EVANS
          JUSTICE